No. 76. MCBRIDE, ASSIGNOR, *v.* TEEPLE, ASSIGNOR. October 14, 1940. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied for want of jurisdiction. *Postum Cereal Co.* v. *California Fig Nut Co.,* 272 U. S. 693; *Pacific Northwest Canning Co.* v. *Skookum Packers' Assn.,* 283 U. S. 858; *Fessenden* v. *Wilson,* 284 U. S. 640; *Chase* v. *Avery,* 307 U. S. 638. MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Messrs. J. H. Bruninga* and

*J. H. Sutherland* for petitioner. *Mr. Frederick Schafer* for respondent.